**Order filed June 28, 2018.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00438-CV

————————

**JUNIOUS R. VALENTINE, Appellant**

**V.**

**FEDERAL INSURANCE COMPANY AND CHUBB & SON INC. D/B/A CHUBB & SON, Appellees**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-78466**

## ORDER

The reporter's record in this case was due **June 1, 2018**. *See* Tex. R. App. P. 35.1. On June 6, 2018, this court ordered the court reporter to file the record within 15 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Norma Duarte**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Norma Duarte** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM